Case: **1:25–cv–01004**
Assigned To : **York, Jon A.**
Assign. Date : **5/1/2025**
Description: **CHS Capital, LLC v. Wilson et al**